IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**AUBREY MINOR,**
    Plaintiff,

vs.                                              3:05cv457/LAC/MD

**TOM JOINER CORPORATION,**
    Defendant.

_____

### O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 7, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g), and the clerk is directed to close the file.

    DONE AND ORDERED this 12th day of January, 2006.

                                                *s/L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**